UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  20-20155-cr-MORENO(s)

UNITED STATES OF AMERICA

v.

CARLOS RAFAEL RODRIGUEZ,
    a/k/a "Tocayo,"

               Defendant.

_____/

## FACTUAL PROFFER

The United States of America and CARLOS RAFAEL RODRIGUEZ, a/k/a "Tocayo," (the "Defendant") agree that, were this case to proceed to trial, the United States would prove beyond a reasonable doubt the following facts, among others, which occurred, in the Southern District of Florida:

From in or around November 2019, through in or around May 2020, the Defendant agreed with Carlos Rafael Castaneda Mendez ("Castaneda"), Genesis Martusciello Gimenez ("Gimenez"), and others to participate in a scheme in which individuals used false and fraudulent passports to impersonate the owners of residential properties to obtain fraudulent loans on those properties for the benefit of the Defendant and others. As part of the scheme, Castaneda identified unencumbered residential properties in Miami-Dade County, Florida, including: (i) a residential property, located at 9000 SW 63rd Court, Pinecrest, Florida ("Pinecrest Property"), which was owned by a Florida limited liability company ("Owner #3") with M.F.L.M. as its principal; and (ii) a residential property, located at 5875 Collins Avenue, Unit 1108, Miami Beach, Florida ("Miami Beach Property"), which was owned by a Florida limited liability company ("Owner #4")

with S.L.G. as its principal. The Defendant and his co-conspirators did not own the Pinecrest Property or the Miami Beach Property or have the authority to encumber them.

On or about November 18, 2019, Katherine Hansen Mendoza ("Hansen") used a false and fraudulent Venezuelan passport bearing the name and Cedula number[1] of M.F.L.M., but with Hansen's photograph (the "Fraudulent Venezuelan Passport"), to falsely and fraudulently represent that she was M.F.L.M. to open a business checking account, with account number 4371110415, in the name of 9000 SW 63 CT LLC and with M.F.L.M. identified as the authorized signatory (the "TD -0415 Account") at a TD Bank branch in Miami, Florida. TD Bank was a federally-insured financial institution.

On or about November 26, 2019, in Miami, Florida, Hansen used the Fraudulent Venezuelan Passport to falsely and fraudulently represent that she was M.F.L.M. to apply for and sign loan documents for a loan from a private lender based in California in the amount of $1,950,000.00 on the Pinecrest Property. In reliance on the false and fraudulent representation that Hansen was M.F.L.M., the private lender approved and funded the loan, and, in turn, caused a title company to wire approximately $1,578,116.16 of the fraudulent loan proceeds from an escrow account at City National Bank to the fraudulently-opened TD -0415 Account in the Southern District of Florida. The wire to TD Bank in the Southern District of Florida was a communication in interstate commerce, because the servers used to process TD Bank wires were located outside the State of Florida. The private lender was a financial institution in that it was a mortgage lending businesses engaged in interstate commerce that provided short-term commercial loans secured by interests in residential properties

---

[1] A Cedula number is like a Venezuelan social security number.

Subsequently, on or about November 29, 2019 and December 5, 2019, a DC Lux Corp bank account, ending in -6242, at Wells Fargo Bank received two wires in the amounts of $350,000 and $50,000, respectively, from the fraudulently-opened TD-0415 Account. The Defendant was the CEO of DC Lux Corp and controlled the DC Lux Corp bank account, ending in -6242, at Wells Fargo Bank. None of the money received in the DC Lux Corp bank account, ending in -6242, from the fraudulently-opened TD-0415 Account was in exchange for any good or service provided by DC Lux Corp. Rather, the money received was a portion of the proceeds of the fraudulently-obtained $1,950,000.00 loan on the Pinecrest Property. The Defendant knew that the money received was the proceeds of illegal activity.

On or about December 2, 2019, the Defendant caused DC Lux Corp to wire approximately $131,000 of the fraudulent loan proceeds to a jewelry store for the purchase of two luxury watches for the benefit of Castaneda.

In or around May 2020, the Defendant agreed with Castaneda, Gimenez, and Isbel Rodriguez Batista ("Batista") that Batista would impersonate S.L.G., whom the Defendant knew was a real individual and without S.L.G.'s authorization, to open bank accounts and fraudulently obtain a $700,000 loan on the Miami Beach Property.

In furtherance of the fraud, a false and fraudulent Spanish passport with the name and date of birth of S.L.G., but with a photograph of Batista (the "Fraudulent Spanish Passport"), was produced. On May 15, 2020, the Defendant sent a WhatsApp message to Gimenez: "send me a picture of that thing that was made for Isbel so we can reconfirm some details." In response, Gimenez sent to the Defendant a photograph of the Spanish passport bearing the name and date of birth of S.L.G. but with the photograph of Batista.

On or about May 21, 2020, the Defendant drove Batista to a Chase Bank branch in Miami, Florida, where Batista used the Fraudulent Spanish Passport to falsely and fraudulently represent that she was S.L.G. to open a checking account in the name of Owner #4, with S.L.G. as the signatory. Chase Bank was a federally-insured financial institution. When the fraudulent bank account was opened at Chase Bank in the Southern District of Florida, it caused a wire transmission to be sent from inside the Southern District of Florida to outside of Florida.

The next day, at approximately 11:30 a.m., law enforcement observed Batista arrive at an office in Aventura, Florida for what was represented to be a closing for a $700,000 loan on the Miami Beach Property. At the loan closing, all of which was recorded on video, Batista introduced herself as S.L.G. to an undercover agent ("UC") who was posing as the loan processor. The UC reviewed purported loan documents for a $700,000 loan on the Miami Beach Property with Batista, and Batista signed them with the signature of S.L.G. Batista also handed to the UC the Fraudulent Spanish Passport.

Law enforcement thereafter detained Batista, who then provided law enforcement with her true name. The Defendant, along with Castaneda and Gimenez, were waiting for Batista in a car down the street.

[REMAINDER OF PAGE INTENTIONALLY BLANK.]

These are not the only facts known to the United States of America in this matter, nor are they all of the facts that the United States of America would present, had this case gone to trial.

JUAN ANTONIO GONZALEZ
~~ACTING~~ UNITED STATES ATTORNEY

DATE: 10/27/21                    BY: _____
                                  STEPHANIE HAUSER
                                  ASSISTANT UNITED STATES ATTORNEY

DATE: 10/27/2021                  BY: _____
                                  ZELJKA BOZANIC
                                  ATTORNEY FOR DEFENDANT

DATE: 10/27/2021                  BY: _____
                                  CARLOS RAFAEL RODRIGUEZ
                                  DEFENDANT