UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Sentencing Minutes for Hon. Federico A. Moreno

DATE **01/25/2022** DEFT **CARLOS RODRIGUEZ** CASE NO. **20-20155-CR-MORENO**

REPORTER  **Ilona Lupowitz**          CLERK  **Shirley Christie**

AUSA  **Stephanie Hauser**            DEFT. COUNSEL **Zeljka Bozanic, Esq.**

USPO  **Mercedes Sornoza**            INTERPRETER  **N/A**

( ) Deft. failed to appear – WARRANT ISSUED.  Bond forfeited.

   ( )  Sentencing continued until ____.

   (xxx) JUDGMENT AND SENTENCE

**Imprisonment:** **44 MONTHS** **(Count 1-20 months; Count 13-24months[to run CONSECUTIVE to Count 1])**

(xxx) **Custody of Defendant**

   (xxx) Remanded to the United States Marshal

   ( ) Voluntary Surrender to (designated institution or U.S. Marshal) on

   (xxx) Commitment recommendation:   **(1) FLORIDA (2) Drug Treatment Program**

**Supervised Release:**   Count 1-3 years; Count 13-1 year (CONCURRENT)

**Assessment:**  $200.00

**Other: (Fine, restitution, etc.)**   Restitution - $40,000

**(xxx) Additional comments:**   If restitution is paid in full before the period of supervised release is over the court will entertain a motion to terminate supervised release.

COURT TIME:  24 minutes